UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   DAVID L CULHANE  
   MARIE LORIE CULHANE

CASE NO. 06 B 05837

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-3822    SSN XXX-XX-2611

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/20/06 and confirmed on 08/30/06.

2. The case was dismissed after confirmation, 11/16/2007.

3. The Debtor paid a total of $ 21135.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PHH MORTGAGE CORP | CURRENT MORTG | 20440.92 | .00 | 20440.92 |
| M & I MORTGAGE | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| AMSHER COLLECTIONS SVCS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7164.27 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6371.31 | .00 | .00 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 3438.67 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1896.52 | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| AURORA EARTHMOVER CU | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 186.85 | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 220.89 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 16684.02 | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MEDICAL COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| SNAP-ON CREDIT LLC | UNSECURED | NOT FILED | .00 | .00 |

```
SUSAN G CASTAGNOLI       UNSECURED        1924.92          .00        .00
CBUSA                    UNSECURED       NOT FILED         .00        .00
TRUELOGIC FINANCIAL CORP UNSECURED        4330.18          .00        .00
RESURGENT CAPITAL SERVIC UNSECURED        5662.66          .00        .00
CITIBANK NA              UNSECURED       NOT FILED         .00        .00
PHH MORTGAGE CORP        MORTGAGE ARRE    8547.06          .00        .00
M & I MORTGAGE           NOTICE ONLY     NOT FILED         .00        .00
SHAW JACOBS & ASSOC      UNSECURED       NOT FILED         .00        .00
     Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED     OTHER      TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED  28987.98       .00    47880.29       .00    76868.27
PRINCIPAL PAID      20440.92       .00        .00        .00    20440.92
INTEREST PAID           .00        .00        .00        .00        .00
TOTAL PAID          20440.92       .00        .00        .00    20440.92
```

The Debtor's attorney, ILLINI LEGAL SERVICES         , was allowed $   2500.00
and was paid $   1105.00   direct and $      .00  through the plan.

The Trustee received $     694.08 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 02/08/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 06 B 05837 DAVID L CULHANE & MARIE LORIE CULHANE